1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PATENAUDE & FELIX, APC**
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN T. VARELA | CASE NO. 8:12-CV-00543- AG-MLG |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PATENAUDE & FELIX, APC et al., | |
| Defendants, | |

The Court granted Defendant P&F and Boulanger's Motion to Dismiss *Without Leave to Amend* on September 17, 2012. Therefore, Judgment is appropriate in that the Court has resolved all claims through its Order.

IT IS HEREBY ORDERED that Judgment shall be entered in favor of Defendant Patenaude and Felix APC and Michael R. Boulanger and against Plaintiff Ruben T. Varela.

October 24, 2012

By _____
      Judge of the District Court
      Andrew J Guilford

JUDGMENT